and seizure. Because of the unique circumstances presented by the record before us, the court shall treat the motion for release as a writ of habeas corpus filed in compliance with General Laws 1956 (1969 Reenactment) §14-1-53, and acting pursuant to said statute, the order of the Family Court sentencing Henry Robalewski to the Rhode Island Training School for Boys is stayed pending determination of his appeal.

In addition to briefing the illegal search and seizure issue, counsel are directed to brief the question of whether a juvenile has a right to bail pending an appeal. *Julius C. Michaelson,* Attorney General. *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant-petitioner.

M. P. No. 76-220. ALBERT DiOrio *et al. v.* DORIS M. DiOrio. Petition for writ of certiorari is denied, the stay previously granted is dissolved, and the motion for stay is denied. Mr. Justice Doris would grant the petition for writ of certiorari and the motion for stay. Paolino, J. not participating. *William J. McGair,* for petitioners. *Hawkins & Hoopis, Harry J. Hoopis,* for respondent.

M. P. No. 76-228. EUGENE FOUNTAINE *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. Bevilacqua, C. J., not participating. *Raymond J. Daniels,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-229. DENNIS A. SOUZA *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with